AO442(Rev 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

V.

DAVID ERIKSON MCINTOSH

**WARRANT FOR ARREST**

CASE NUMBER: 07-323-M-01

To:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>DAVID ERIKSON MCINTOSH</u>
Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment   ☐ Information   ☒ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense)

See Attached Affidavit

**FILED**

AUG 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

in violation of Title __18__ United States Code, Section(s) §§ 371, 1344, 513(a), 2314 and 2.

JOHN M. FACCIOLA                                   U.S. MAGISTRATE JUDGE
Name of Issuing Officer                            Title of Issuing Officer

/s/ John M Facciola                                JUN 2 7 2007    District of Columbia
Signature of Issuing Officer                       Date and Location

Bail fixed at $ _____   by _____
                                              Name of Judicial Officer

| **RETURN** ||
|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ ||
| DATE RECEIVED 6-28-07 / 08/08/07<br>DATE OF ARREST RETURN 8/8 08/08/07 | NAME AND TITLE OF ARRESTING OFFICER<br>D.L. BALDWIN<br>DUSM - SDUSM/USMS | SIGNATURE OF ARRESTING OFFICER<br>/s/ DLB |

1344022