UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | Criminal No. |
| | : | Magistrate No. 07-323M-01 |
| v. | : | |
| | : | VIOLATION: |
| | : | 18 U.S.C. § 1344 |
| **DAVID E. MCINTOSH,** | : | (Bank Fraud) |
| | : | 18 U.S.C. § 2 |
| Defendant. | : | (Aiding and Abetting) |

### I N F O R M A T I O N

The United States Attorney hereby informs the Court that**:**

### COUNT ONE

Between in or about July of 2005, and in or about August of 2005, in a continuing course of action, within the District of Columbia and elsewhere, defendant DAVID E. MCINTOSH, aided and abetted by others known and unknown to the United States Attorney, devised and executed a scheme and artifice to defraud Sky Bank, a financial institution with accounts insured by the Federal Deposit Insurance Corporation, and to obtain money, funds and assets owned by and under the custody and control of Sky Bank by means of false or fraudulent pretenses, representations and promises.

**(Bank Fraud, in violation of Title 18, United States Code, Sections 1344 and 2)**

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
D.C. Bar # 498610


By:   _____/s/_____
DANIEL P. BUTLER
Assistant United States Attorney
D.C. Bar # 417718
United States Attorneys Office
555 4th Street, N.W., Room 5231
Washington, D.C.  20530
(202) 353-9431
Daniel.Butler@USDOJ.Gov