AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

**FILED**

OCT 19 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

David McIntosh

**WAIVER OF INDICTMENT**

CASE NUMBER: 07-255

I, __David McIntosh__, the above named defendant, who is accused of

__Bank Fraud in violation of 18 USC 1344 and 2.__

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __October 19, 2007__ prosecution by indictment and consent that the

Date

proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before __Henry Kennedy__
Judicial Officer