MAR-12-2008  17:05                                                          F.002/003

**HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

**FILED**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : Docket No.: <u>07-CR-255-01</u> | APR 0 4 2008 |
| | : | |
| vs. | : SSN: | NANCY MAYER WHITTINGTON, CLERK |
| | : | U.S. DISTRICT COURT |
| **MCINTOSH, David E.** | : Disclosure Date: <u>February 29, 2008</u> | |

### RECEIPT AND ACKNOWLEDGMENT OF
### PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the
Presentence Investigation Report (PSR) in the above-entitled case.  The undersigned
further acknowledges that:

#### For the Government

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

(X)    There are material/factual inaccuracies in the PSI report as set forth in the
attachment herein.

_Daniel P. Butler_                                    3 - 12 - 08
Prosecuting Attorney                                  Date

#### For the Defendant

(CHECK APPROPRIATE BOX)

( )    There are no material/factual inaccuracies therein.

( )    There are material/factual inaccuracies in the PSI report as set forth in the
attachment.

_____          _____
Defendant                      Date       Defense Counsel           Date

### NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material
inaccuracies or disputes in writing by <u>March 13, 2008</u>, to U.S. Probation Officer <u>Linsey
Epson</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of
the Attorney for the Government and the Defense Counsel to provide each other with a
copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
United States Probation Officer

**Receipt and Acknowledgment**                                                    **Page 2**

Page 5, ¶ 12 – "(*see* paragraph 5 above)" should actually reference paragraph 8 _____

Page 11, ¶ 69 – "from $3,000 to $1,000,000" should actually be "from $3,000 to $30,000"

Couple of typographical errors – (1) page 3, ¶ 6 – "tested positive marijuana" should be "tested

positive for marijuana"; (2) page 7, ¶ 30 – "neglected as described" should be "neglected and

described" _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Signed by: _Daniel P. Butle_

Daniel P. Butler
Assistant United States Attorney

**Date:** _March 12, 2008_