HONORABLE HENRY H. KENNEDY, JR., UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
APR 0 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA | : | Docket No.: <u>07-CR-255-01</u> |
|---|---|---|
| vs. | : | SSN: |
| MCINTOSH, David E. | : | Disclosure Date: <u>February 29, 2008</u> |

## RECEIPT AND ACKNOWLEDGMENT OF PRESENTENCE INVESTIGATION REPORT

This is to acknowledge that each of the undersigned has received and reviewed the Presentence Investigation Report (PSR) in the above-entitled case. The undersigned further acknowledges that:

**For the Government**

(CHECK APPROPRIATE BOX)
   ( )    There are no material/factual inaccuracies therein.
   ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment herein.

_____             _____
**Prosecuting Attorney**                                                                 **Date**

**For the Defendant**

(CHECK APPROPRIATE BOX)
   (X)    There are no material/factual inaccuracies therein.
   ( )    There are material/factual inaccuracies in the PSI report as set forth in the attachment.

_____            *[signature]* 3/14/08
**Defendant**                  **Date**                    **Defense Counsel**       **Date**

## NOTICE OF OBLIGATION OF THOSE EXECUTING THIS FORM

Pursuant to Local Rule 32(f)(2), those executing this form shall first submit any material inaccuracies or disputes in writing by <u>March 13, 2008</u>, to U.S. Probation Officer <u>Linsey Epson</u>, telephone number <u>(202) 565-1376</u>, fax number <u>(202) 273-0242</u>.

Pursuant to Rule 32(b)(6)(B), effective December 1, 1994, it shall be the responsibility of the Attorney for the Government and the Defense Counsel to provide each other with a copy of the objections at the same time the objections are filed with the probation office.

FOR THE COURT

By:    Gennine A. Hagar, Chief
        United States Probation Officer